IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00445-PAB

WILLIAM DEITRICK,

    Plaintiff,

v.

G&M INVESTMENTS, LLC, and
GLENN PENNY, Individually,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice [Docket No. 6], which the Court construes as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) ("plaintiff may dismiss an action *without a court order* by filing: . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.") (emphasis added).  Therefore, the case was dismissed without prejudice as of the entry of the Plaintiff's Notice of Voluntary Dismissal Without Prejudice [Docket No. 6].  No order of dismissal is necessary.

    DATED March 7, 2014.